# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES MITCHELL | CIVIL ACTION |
|---|---|
| v. | NO. 18-2869 |
| KENSINGTON COMMUNITY CORPORATION FOR INDIVIDUAL DIGNITY | |

## ORDER

**AND NOW**, this 26th day of November, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 21), and the response thereto (ECF 24), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED** as to Plaintiff's Title VII national origin discrimination and national origin retaliation claims (Count I);

2. Defendant's Motion is **DENIED** as to Plaintiff's Title VII national origin hostile work environment claim (Count I); and

3. Defendant's Motion is **GRANTED** as to Plaintiff's ADA failure to accommodate, ADA retaliation, and ADA discrimination claims (Count II).

                **BY THE COURT:**

                **/s/ Michael M. Baylson**

                _____
                **MICHAEL M. BAYLSON, U.S.D.J.**